**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL SMITH, | : | Civil No. 1:26-CV-01006 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN FRANZONI, *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW,** on this 21st day of May 2026, upon consideration of the

petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, and the

motion to proceed *in forma pauperis*, Doc. 4, **IT IS ORDERED THAT**:

1. Petitioner's motion to proceed *in forma pauperis*, Doc. 4, is **GRANTED.**

2. The petition, Doc. 1, is deemed **FILED**.

3. The petition, Doc. 1, is **DISMISSED** without prejudice.

4. A Certificate of Appealability is **DENIED**.

5. The Clerk of Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
